

**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 20, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

IN RE:                                                      CHAPTER 13
FREDA LATISH KNIGHT                         CASE NO. 21-50736-KMS

### ORDER RELEASING EARNINGS OF DEBTOR
**FREDA LATISH KNIGHT (SSN # XXX-XX-7905)**

    THE ORDER **(Dkt. 14)** heretofore entered in these proceedings by which the debtor's employer:

> **ELLISVILLE STATE SCHOOL**
> **1101 OLD HIGHWAY 11**
> **ELLISVILLE, MS 39437**

was directed to pay Debtor's wages or a portion thereof to:

> **WARREN A. CUNTZ, JR. TRUSTEE**
> **P.O. BOX 3749**
> **GULFPORT MS 39505-3749**
> **(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

**##END OF ORDER##**