United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 21-50736-KMS
Freda LaTish Knight  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Aug 20, 2025     Form ID: pdf012     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Freda LaTish Knight, 228 Peters Rd, Poplarville, MS 39470-7505 |
| | + | Ellisville State School, 1101 Old Highway 11, Ellisville, MS 39437-4443 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2025      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2025 at the address(es) listed below:

**Name**     **Email Address**

Gregory J Walsh
    on behalf of Creditor Santander Consumer USA Inc. greg@sundmakerfirm.com

Jennifer A Curry Calvillo
    on behalf of Debtor Freda LaTish Knight jennifer@therollinsfirm.com
    jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Freda LaTish Knight trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.

District/off: 0538-6 User: mssbad Page 2 of 2
Date Rcvd: Aug 20, 2025 Form ID: pdf012 Total Noticed: 2

wcuntzcourt@gport13.com waccourt1@gmail.com

TOTAL: 5

_____



    SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 20, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

IN RE:                                                                                                  **CHAPTER 13**
**FREDA LATISH KNIGHT**                                               **CASE NO. 21-50736-KMS**

**ORDER RELEASING EARNINGS OF DEBTOR**
**FREDA LATISH KNIGHT (SSN # XXX-XX-7905)**

     THE ORDER **(Dkt. 14)** heretofore entered in these proceedings by which the debtor's employer:

         **ELLISVILLE STATE SCHOOL**
         **1101 OLD HIGHWAY 11**
         **ELLISVILLE, MS 39437**

was directed to pay Debtor's wages or a portion thereof to:

                **WARREN A. CUNTZ, JR. TRUSTEE**
                      **P.O. BOX 3749**
                **GULFPORT MS 39505-3749**
              **(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

                             **##END OF ORDER##**