Certificate Number: 17082-MSS-DE-040018613

Bankruptcy Case Number: 21-50736



17082-MSS-DE-040018613

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 25, 2025, at 1:50 o'clock PM MST, FREDA L KNIGHT completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: August 25, 2025

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director