IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Freda LaTish Knight, Debtor                    Case No. 21-50736-KMS
                                                         Chapter 13

## DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

    prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

  G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

  H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed:  /s/ Freda LaTish Knight_____08-27-2025\_\_\_\_
        Freda LaTish Knight                                                                                               Date

/s/ Thomas C. Rollins, Jr._____08-27-2025\_\_\_\_
Thomas C. Rollins, Jr., MS Bar No. 103469                            Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

### CERTIFICATE OF SERVICE

     On January 28, 2025, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                                                       /s/ Thomas C. Rollins, Jr._____
                                                                       Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>FREDA LATISH KNIGHT | CASE NO: 21-50736<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 8/28/2025, I did cause a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/28/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 21-50736 |
|---|---|
| FREDA LATISH KNIGHT | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 8/28/2025, a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/28/2025

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

```
 LABEL MATRIX FOR LOCAL NOTICING        QUANTUM3 GROUP LLC AS AGENT FOR      SANTANDER CONSUMER USA INC
NCRS ADDRESS DOWNLOAD                   SADINO FUNDING LLC                   1027 NINTH STREET
CASE 21-50736                           PO BOX 788                           NEW ORLEANS  LA 70115-2308
SOUTHERN DISTRICT OF MISSISSIPPI        KIRKLAND  WA 98083-0788
THU AUG 28 12-7-17 PST 2025


                                        EXCLUDE
TD BANK USA  NA                         US BANKRUPTCY COURT                  ATT UVERSE
CO WEINSTEIN  RILEY  PS                 DAN M RUSSELL  JR US COURTHOUSE      PO BOX 5014
2001 WESTERN AVE  STE 400               2012 15TH STREET  SUITE 244          CAROL STREAM  IL 60197-5014
SEATTLE  WA 98121-3132                  GULFPORT  MS 39501-2036



CAPITAL ONE                             CAPITAL ONE BANK (USA)  NA           CBC RECOVERY
PO BOX 31293                            BY AMERICAN INFOSOURCE AS AGENT      1208 W PINE STREET
SALT LAKE CITY  UT 84131-0293           4515 N SANTA FE AVE                  HATTIESBURG  MS 39401-5060
                                        OKLAHOMA CITY  OK 73118-7901



COMENITY BANK                           DEPARTMENT STORES NATIONAL BANK      DILLARDSWELLS FARGO
PO BOX 183044                           CO QUANTUM3 GROUP LLC                PO BOX 77053
COLUMBUS  OH 43218-3044                 PO BOX 657                           MINNEAPOLIS  MN 55480-7753
                                        KIRKLAND  WA  98083-0657



DISCOVER BANK                           (P)DISCOVER FINANCIAL SERVICES LLC   FINGERHUT
DISCOVER PRODUCTS INC                   PO BOX 3025                          13300 PIONEER TRAIL
PO BOX 3025                             NEW ALBANY OH 43054-3025             EDEN PRAIRIE  MN 55347-4120
NEW ALBANY  OH  43054-3025



(P)SEQUIUM ASSET SOLUTIONS  LLC         FOREST GENERAL HOSPITA               JALEN RAINE
1130 NORTHCHASE PKWY                    6051 US 49                           228 PETERS RD
SUITE 150                               HATTIESBURG  MS 39401                POPLARVILLE  MS 39470-7505
MARIETTA GA 30067-6429



KATISHA HENRY                           (P)DSNB MACY S                       MERCURYFBT
228 PETERS RD                           CITIBANK                             1415 WARM SPRINGS RD
POPLARVILLE  MS 39470-7505              1000 TECHNOLOGY DRIVE MS 777         COLUMBUS  GA 31904-8366
                                        O FALLON MO 63368-2239



NAVIENT                                 NAVIENT SOLUTIONS  LLC ON BEHALF OF  ONEMAIN FINANCIAL
PO BOX 9500                             ASCENDIUM EDUCATION SOLUTIONS INC    PO BOX 1010
WILKES BARRE  PA 18773-9500             PO BOX 8961                          EVANSVILLE  IN 47706-1010
                                        MADISON  WI 53708-8961



ONEMAIN FINANCIAL GROUP  LLC AS         (P)PORTFOLIO RECOVERY ASSOCIATES LLC QUANTUM3 GROUP LLC AS AGENT FOR
SERVICER FOR                            PO BOX 41067                         BLUESTEM AND SCUSA
ONEMAIN FINANCIAL ISSUANCE TRUST 20201  NORFOLK VA 23541-1067                PO BOX 788
ONEMAIN                                                                      KIRKLAND  WA  98083-0788
PO BOX 3251
EVANSVILLE  IN 47731-3251
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | QUANTUM3 GROUP LLC AS AGENT FOR<br>MERCURY FINANCIALFIRST BANK TRUST<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | EXCLUDE<br>~~(D)QUANTUM3 GROUP LLC AS AGENT FOR~~<br>~~SADINO FUNDING LLC~~<br>~~PO BOX 788~~<br>~~KIRKLAND WA 98083-0788~~ |
| SANTANDER CONSUMER USA INC<br>1601 ELM ST<br>STE 800<br>DALLAS TX 75201-7260 | SOUTHERN SURGICAL<br>1700 LINDBERG DRIVE<br>SLIDELL LA 70458-8062 | SYNCHRONY BANK<br>PO BOX 105972<br>ATLANTA GA 30348-5972 |
| SYNCHRONY BANKQVC<br>PO BOX 965005<br>ORLANDO FL 32896-5005 | SYNCHRONY BANKTJX<br>PO BOX 965015<br>ORLANDO FL 32896-5015 | (P)TD BANK USA N A<br>ATTN CO WEINSTEIN RILEY P S<br>1415 WESTERN AVE<br>SUITE 700<br>SEATTLE WA 98101-2051 |
| TARGET<br>PO BOX 673<br>MINNEAPOLIS MN 55440-0673 | (P)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 | TOWER LOAN OF MISSISSIPPI LLC<br>PO BOX 320001<br>FLOWOOD MS 39232-0001 |
| EXCLUDE<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6 430~~<br>~~JACKSON MS 39201-5022~~ | WELLS FARGO BANK NA<br>PO BOX 10438 MAC F823502F<br>DES MOINES IA 50306-0438 | DEBTOR<br>FREDA LATISH KNIGHT<br>228 PETERS RD<br>POPLARVILLE MS 39470-7505 |
| JENNIFER A CURRY CALVILLO<br>THE ROLLINS LAW FIRM<br>702 W PINE ST<br>HATTIESBURG MS 39401-3836 | KATRISHA I HENRY<br>228 PETERS ROAD<br>POPLARVILLE MS 39470-7505 | EXCLUDE<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON MS 39236-3767~~ |

(P)WARREN A CUNTZ T1 JR
PO BOX 3749
GULFPORT MS 39505-3749