United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 21-50736-KMS |
| Freda LaTish Knight | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
| Date Rcvd: Sep 25, 2025 | Form ID: 3180W | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/codb | + | Freda LaTish Knight, Katrisha I. Henry, 228 Peters Rd, Poplarville, MS 39470-7505 |
| 5014467 | + | Cbc Recovery, 1208 W Pine Street, Hattiesburg, MS 39401-5060 |
| 5014473 | | Forest General Hospita, 6051 US 49, Hattiesburg, MS 39401 |
| 5014474 | + | Jalen Raine, 228 Peters Rd, Poplarville, MS 39470-7505 |
| 5014475 | + | Katisha Henry, 228 Peters Rd, Poplarville, MS 39470-7505 |
| 5014481 | + | Southern Surgical, 1700 Lindberg Drive, Slidell, LA 70458-8062 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Sep 25 2025 19:30:57 | Santander Consumer USA Inc., 1027 Ninth Street, New Orleans, LA 70115-2308 |
| cr | + | Email/Text: bncmail@w-legal.com | Sep 25 2025 19:32:00 | TD Bank USA, N.A., c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste. 400, Seattle, WA 98121-3132 |
| 5014465 | + | EDI: ATTWIREBK.COM | Sep 25 2025 23:31:00 | AT&T UVerse, PO Box 5014, Carol Stream, IL 60197-5014 |
| 5014466 | + | EDI: CAPITALONE.COM | Sep 25 2025 23:31:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5023011 | + | EDI: AIS.COM | Sep 25 2025 23:31:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5014468 | | EDI: WFNNB.COM | Sep 25 2025 23:31:00 | Comenity Bank, P.O. Box 183044, Columbus, OH 43218-3044 |
| 5014470 | | EDI: DISCOVER | Sep 25 2025 23:31:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 5014476 | | EDI: CITICORP | Sep 25 2025 23:31:00 | Macys, P.O. Box 8218, Mason, OH 45040 |
| 5025709 | | EDI: Q3G.COM | Sep 25 2025 23:31:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5014469 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Sep 26 2025 01:32:43 | Dillard's/Wells Fargo, PO Box 77053, Minneapolis, MN 55480-7753 |
| 5015526 | | EDI: DISCOVER | Sep 25 2025 23:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5014471 | + | EDI: BLUESTEM | Sep 25 2025 23:31:00 | Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 5014477 | + | Email/Text: Mercury@ebn.phinsolutions.com | Sep 25 2025 19:31:00 | Mercury/FBT, 1415 Warm Springs Rd, Columbus, GA 31904-8366 |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 25, 2025 | Form ID: 3180W | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5014478 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Sep 25 2025 19:39:12 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 5015778 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Sep 25 2025 19:31:00 | Navient Solutions, LLC. on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |
| 5014479 | + | EDI: AGFINANCE.COM | Sep 25 2025 23:31:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 5016975 | | EDI: AGFINANCE.COM | Sep 25 2025 23:31:00 | OneMain Financial Group, LLC as servicer for, OneMain Financial Issuance Trust 2020-1, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5029208 | | EDI: PRA.COM | Sep 25 2025 23:31:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5056024 | | EDI: Q3G.COM | Sep 25 2025 23:31:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5027627 | | EDI: Q3G.COM | Sep 25 2025 23:31:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 5027628 | | EDI: Q3G.COM | Sep 25 2025 23:31:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5027626 | | EDI: Q3G.COM | Sep 25 2025 23:31:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 5014472 | | Email/Text: bankruptcy@sequium.com | Sep 25 2025 19:31:00 | Focus Receivables Mana, 1130 Northchase Pkwy, SE, Ste 100, Marietta, GA 30067 |
| 5014480 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 25 2025 19:32:00 | Santander Consumer USA, Inc., 1601 Elm St, Ste 800, Dallas, TX 75201-7260 |
| 5014482 | + | EDI: SYNC | Sep 25 2025 23:31:00 | Synchrony Bank, PO Box 105972, Atlanta, GA 30348-5972 |
| 5014483 | + | EDI: SYNC | Sep 25 2025 23:31:00 | Synchrony Bank/QVC, Po Box 965005, Orlando, FL 32896-5005 |
| 5014484 | + | EDI: SYNC | Sep 25 2025 23:31:00 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 5029285 | | Email/Text: bncmail@w-legal.com | Sep 25 2025 19:31:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 1415 WESTERN AVENUE, STE 700, SEATTLE, WA 98101 |
| 5014486 | | Email/Text: bankruptcy@towerloan.com | Sep 25 2025 19:31:00 | Tower Loan, Pob 320001, Flowood, MS 39232 |
| 5014485 | + | EDI: WTRRNBANK.COM | Sep 25 2025 23:31:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 5029366 | + | Email/Text: bankruptcy@towerloan.com | Sep 25 2025 19:31:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5016608 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Sep 26 2025 01:32:43 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Sep 25, 2025 | Form ID: 3180W | Total Noticed: 38 |

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 27, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2025 at the address(es) listed below:

**Name**      **Email Address**

Gregory J Walsh
on behalf of Creditor Santander Consumer USA Inc. greg@sundmakerfirm.com

Jennifer A Curry Calvillo
on behalf of Debtor Freda LaTish Knight jennifer@therollinsfirm.com
jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Thomas Carl Rollins, Jr
on behalf of Debtor Freda LaTish Knight trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.
wcuntzcourt@gport13.com waccourt1@gmail.com

TOTAL: 5

| | | | |
|---|---|---|---|
| *Information to identify the case:* | | | |
| Debtor 1 | **Freda LaTish Knight** | Social Security number or ITIN | xxx–xx–7905 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | | |
| Case number:   **21–50736–KMS** | | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Freda LaTish Knight**
fka Freda LaTish Henry

Dated: 9/25/25

**By the court:**    /s/Katharine M. Samson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**